*FAS*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2007 DEC 10  AM 10: 41
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KWK _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Magistrate's Case No. '07 MJ 2859 |
| vs. | ) COMPLAINT FOR VIOLATION OF |
| **Steve JOHNSON** | ) 21 U.S.C. 952 and 960 |
| | ) Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about December 9, 2007, within the Southern District of California, defendant Steve Johnson did knowingly and intentionally import approximately 100.4 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _10th_ day of _December_ 2007.

_____
United States Magistrate Judge

**United States of America**
  **VS.**
**Steve JOHNSON**

## PROBABLE CAUSE STATEMENT

On December 9, 2007, at approximately 7:02 pm, Steve JOHNSON entered the United States through the San Ysidro POE, CA as the driver and sole occupant of a white 1997 F350 U-Haul truck bearing AZ/US plates AA91547. A Customs and Border Protection (CBP) officer was working at primary lane # 19 when JOHNSON applied for entry. JOHNSON presented a valid CA drivers license to the officer and claimed to be a United States citizen. JOHNSON told the officer that he was going to Los Angeles, CA. JOHNSON gave the officer two negative Customs declarations. The officer observed that JOHNSON appeared to be nervous and overly talkative. Upon examination of the undercarriage of the vehicle, the officer observed a non-factory compartment made out of sheet metal. The officer observed a plastic wrapped package. The officer escorted JOHNSON and the vehicle to the secondary lot for further inspection.

A CBP Canine Enforcement officer was assigned to screen the U-Haul truck with his Narcotic Detector Dog (NDD). The NDD alerted to the odor of narcotics emitting from the underside of the bed of the vehicle.

At approximately 7:30 pm, a CBP officer was assigned to conduct an intensive examination of the vehicle. The officer discovered plastic wrapped packages within two non-factory compartments and behind the seat. The officer probed one of the packages and extracted a green, leafy, plant-like material. The officer field-tested the substance and received a positive result for marijuana. The officer removed a total of 18 packages of marijuana from the vehicle with a total weight of 100.4 kilograms.

At approximately 10:25 pm, Immigration and Customs Enforcement (ICE) Special Agent (SA) Jennifer Dorsey read JOHNSON his Constitutional rights per Miranda with ICE SA Stirling Campbell as a witness. JOHNSON waived his rights and agreed to make a statement

and answer questions. JOHNSON said that he was going to be paid $1,000.00 to transport the vehicle from Mexico into the United States. JOHNSON said he was going to drive the vehicle to the trolley station off of E St. in Chula Vista, CA. JOHNSON said he would be paid when he arrived at the trolley station. JOHNSON said he did not know what was in the vehicle.

JOHNSON was arrested for violating Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance. JOHNSON was booked into the Metropolitan Correctional Center, San Diego, CA.