1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Defendant Mr. Johnson

8                     UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,     )  Case No. 07mj2859
   |                               )
12 |          Plaintiff,            )
   |                               )
13 | v.                             )
   |                               )  **NOTICE OF APPEARANCE**
14 | **STEVE JOHNSON**,             )
   |                               )
15 |          Defendant.            )
   |                               )

17           Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                         Respectfully submitted,

21 Dated: December 19, 2007               s/ *Michelle Betancourt*
                                           **MICHELLE BETANCOURT**
22                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
23                                         michelle_betancourt@fd.org